# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22-CR-670 |
| Plaintiff, | ) ) ) | JUDGE CHARLES E. FLEMING |
| vs. | ) ) | |
| EDDIE HEREFORD, | ) ) ) | **ORDER ACCEPTING PLEA, JUDGMENT, AND REFERRAL TO U.S. PROBATION OFFICE** |
| Defendant. | ) ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jonathan D. Greenberg recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 18). This matter was previously referred to the Magistrate Judge with the consent of the parties.

On November 22, 2022, the government filed a one count information with a forfeiture provision alleging that Defendant was a felon in possession of a firearm and ammunition in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). (ECF No. 13). On December 16, 2022, Defendant waived his right to prosecution by indictment and consented to prosecution by information. (ECF No. 15).

On December 16, 2022, Magistrate Judge Greenberg held an arraignment, during which the Defendant entered a plea of guilty to the information. On the same date, Magistrate Judge Greenberg issued a Report and Recommendation ("R&R") recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 18).

Any objections to the R&R were due on December 30, 2022. *Id*. Neither party submitted any objections.

1

On review of the record, the Court adopts the R&R. Defendant Hereford is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a guilty plea. He is also aware of the trial rights he waives/gives up by pleading guilty. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea is accepted.

Therefore, Defendant Hereford is adjudged guilty of count 1 of the Information, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). This matter was referred to the U.S. Probation Office for the completion of a pre-sentence investigation and report. Sentencing will be held on March 21, 2023 at 10:00 a.m. via video conference, per the request of the parties.

**IT IS SO ORDERED.**

Date: January 5, 2023

*Charles Fleming*

**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**